IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARC LOMAN AND NATASHA LOMAN, <br> *Plaintiffs,* <br><br> v. <br><br> BLAZIN WINGS, INC., D/B/A/ BUFFALO WILD WINGS GRILL & BAR, <br> *Defendant.* | 1:25-cv-2099-MSN-LRV |

## ORDER

This matter comes before the Court on Defendant's Motion to Dismiss (ECF 4).

Upon consideration of the Motion (ECF 4) and for the reasons stated in open court, it is hereby

ORDERED that the Motion (ECF 4) is GRANTED IN PART AND DENIED IN PART; and it is further

ORDERED that Counts II (VCPA) and III (IIED) of the Complaint are DISMISSED without prejudice to amend within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

The Clerk is directed to forward a copy of this Order to counsel of record.

/s/
Michael S. Nachmanoff
United States District Judge

Michael S. Nachmanoff
United States District Judge

December 19, 2025
Alexandria, Virginia